is invited to file a brief in this case expressing the views of the United States.

No. 87–1080. MARYLAND NATIONAL BANK v. MARYLAND STATE DEPARTMENT OF ASSESSMENTS AND TAXATION. Appeal from Ct. App. Md. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE O'CONNOR took no part in the consideration or decision of this order.

No. 87–1279. MORRISON, INDEPENDENT COUNSEL v. OLSON ET AL. C. A. D. C. Cir. [Probable jurisdiction noted, 484 U. S. 1058.] Motion of Whitney North Seymour, Jr., Independent Counsel, for leave to file a brief as amicus curiae granted. JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. 87–5277. AMADEO v. KEMP, WARDEN. C. A. 11th Cir. [Certiorari granted, 484 U. S. 912.] Motion of petitioner for an extension of time to file a reply brief denied.

No. 87–746. MICHAEL H. ET AL. v. GERALD D. Appeal from Ct. App. Cal., 2d App. Dist. Probable jurisdiction noted. ■

No. 86–1879. NATIONAL TREASURY EMPLOYEES UNION ET AL. v. VON RAAB, COMMISSIONER, UNITED STATES CUSTOMS SERVICE. C. A. 5th Cir. Certiorari granted.

No. 86–1904. ARIZONA v. YOUNGBLOOD. Ct. App. Ariz. Certiorari granted.

No. 87–1097. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. GEORGETOWN UNIVERSITY HOSPITAL ET AL. C. A. D. C. Cir. Certiorari granted.

No. 87–1190. UNITED STATES v. BROCE ET AL. C. A. 10th Cir. Certiorari granted.